IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HENRY OKPALA, | § | |
| | § | No. 255, 2016 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | C.A. No. N16C-01-131 |
| THE WILMINGTON PARKING | § | |
| AUTHORITY, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: October 7, 2016
Decided: January 3, 2017

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## <u>ORDER</u>

This 3rd day of January 2017, upon consideration of the briefs of the parties and the Superior Court record, including the transcript of the hearing held on April 22, 2016, the Court finds it manifest that the Superior Court's judgment should be affirmed on the basis of the court's well-reasoned opinion dated May 11, 2016. The Court concludes that the appellant, Henry Okpala, fully litigated his claims against the appellee, The Wilmington Parking Authority, in prior litigation filed in the Court of Common Pleas. Accordingly, the Superior Court properly applied the

well-established doctrine of res judicata and dismissed Okpala's complaint with prejudice.[*]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[*] *T.A.H. First, Inc. v. Clifton Leasing Co.*, Inc., 90 A.3d 1093, 1096 (Del. 2014) (citing *Wilson v. Brown*, 2012 WL 195393 (Del. Jan. 24, 2012); *LaPoint v. AmerisourceBergen Corp.*, 970 A.2d 185 (Del. 2009).